No. 5385.—Tomás Rodríguez Hno., S. en C., aplte., *v.*

Rodríguez, demandado, y Funtané, interventor, apldo.—C. D. Ponce. ■■■■■■■■■ Julio 18, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, Tomás Rodríguez Hermano, S. en C., apelada en este caso de una resolución de la corte inferior permitiendo a Rafael Funtané intervenir en un pleito establecido por el apelante contra Francisco Rodríguez Collazo;

Por cuanto, el apelado Funtané nos pide que desestimemos esta apelación por no estar autorizada por el artículo 295 del Código de Enjuiciamiento Civil, a cuya moción no se ha opuesto el apelante;

Por cuanto, esta apelación no está comprendida en ninguno de los casos especificados en el artículo citado,

Por tanto, debemos desestimar y desestimamos la apelación que Tomás Rodríguez Hermano, S. en C., interpuso contra la resolución dictada por la Corte de Distrito de Ponce, con fecha 9 de enero de 1930.